SCWC-15-0000886

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JF,
Respondent/Petitioner-Appellee,

vs.

LR,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000886; FC-P NO. 13-1-0757)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant LR's application for

writ of certiorari, filed on April 29, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

